# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RONALD SHELDON WILD | § | Case No. 14-04305 |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/12/2014 . The undersigned trustee was appointed on 02/12/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    308,001.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 25,396.54 |
| Bank service fees | 2,403.42 |
| Other payments to creditors | 89,523.38 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 190,677.66 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/02/2015 and the deadline for filing governmental claims was 01/02/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 18,650.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 18,650.05 , for a total compensation of $ 18,650.05 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/18/2016          By: /s/Frances Gecker
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-04305 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | RONALD SHELDON WILD | | | | Date Filed (f) or Converted (c): | 02/12/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/14/2014 |
| For Period Ending: | 11/18/2016 | | | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. REAL PROPERTY - 2400 N. Lakeview, #2803, Chicago, IL | 400,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account Into Which Social Security Benefits Are Aut | 500.00 | 0.00 | | 0.00 | FA |
| 4. Jp Morgan Chase Ban, Na Po Box 659754, San Antonio, Tx 78265 | 100.00 | 0.00 | | 0.00 | FA |
| 5. Chairs And Misc. Items; Kitchen Utensiles, Linens | 100.00 | 100.00 | | 0.00 | FA |
| 6. Photograph; 30-40 Books; Mexican Tiger Mask; Broken Pre-Colu | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7. Lewis Hine Photograph "Mechanic In Car Shop" 1920<br><br>Appraisal dated 7/29/14 at $500.00. | 9,000.00 | 500.00 | | 0.00 | FA |
| 8. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9. REAL PROPERTY HELD IN TRUST- 16809 Blenheim Way, Minnetonka, | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. REAL PROPERTY HELD IN TRUST - 422 N. NW Hwy, Park Ridge, IL | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Beneficiary Of Ronald S. Wild Revocable Trust C/O Michael Wh | 0.00 | 0.00 | | 0.00 | FA |
| 12. Potential Legal Malpratice Claims Against 1) Avery Camerling | Unknown | Unknown | | 0.00 | FA |
| 13. 1994 Bmw 735 - Not Running; About $160,000 Miles | 500.00 | 0.00 | | 0.00 | FA |
| 14. 1991 Lexus Model 400; In Need Of About $2-3,000 Repair | 500.00 | 0.00 | | 0.00 | FA |
| 15. F. Dritikol Nude 1925 In Possession Of Pepi Camarlingo, 218 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 16. Steinway baby grand piano (u)<br><br>Appraisal dated 7/29/14 at $5,000.00. | 12,000.00 | 5,000.00 | | 0.00 | FA |
| 17. REAL PROPERTY - 222 Main Street, Evanston (u)<br><br>222 Main Street, Suite 506, Evanston, IL  60602 | 0.00 | 0.00 | | 160,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-04305 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | RONALD SHELDON WILD | | | | Date Filed (f) or Converted (c): | 02/12/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/14/2014 |
| For Period Ending: | 11/18/2016 | | | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. OTHER CONTINGENT CLAIMS (u) <br><br> Common Law Claim against the Estate of Rhea Werner, Circuit Court of Cook County Case No. 14 P 3140 | 135,780.00 | 135,780.00 | OA | 0.00 | FA |
| 19. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 20. SETTLEMENT AGREEMENT WITH DEBTOR (u) | 0.00 | 146,301.00 | | 146,301.00 | FA |
| 21. POTENTIAL MALPRACTICE ACTION AGAINST KORI BAZANOS/LAW FIRM (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22. POTENTIAL MALPRACTICE ACTION AGAINST KATHRYN SOMERS/LAW FIRM (u) | 0.00 | 0.00 | | 0.00 | FA |
| 23. RENT - LINDSEY R. GARNETT (u) | 0.00 | 1,700.00 | | 1,700.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $568,030.00 | $298,381.00 | | $308,001.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SUBMITTED A FINAL REPORT TO THE UST FOR REVIEW.

Initial Projected Date of Final Report (TFR): 06/15/2015    Current Projected Date of Final Report (TFR): 09/15/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-04305 | Trustee Name: | Frances Gecker | |
| Case Name: | RONALD SHELDON WILD | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX2002 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1611 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/18/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7666 | Transfer of Funds | 9999-000 | $47,361.06 | | $47,361.06 |
| 07/08/15 | | Transfer to Acct # xxxxxx7666 | Transfer of Funds | 9999-000 | | $68.14 | $47,292.92 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.42 | $47,238.50 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.23 | $47,168.27 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.87 | $47,100.40 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.02 | $47,030.38 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.66 | $46,962.72 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.82 | $46,892.90 |
| 02/05/16 | 20 | Ronald Wild | SETTLEMENT AGREEMENT | 1249-000 | $23,000.00 | | $69,892.90 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.72 | $69,823.18 |
| 02/12/16 | 20 | Ronald Wild | SETTLEMENT AGREEMENT | 1249-000 | $12,000.00 | | $81,823.18 |
| 02/15/16 | 5001 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $30.82 | $81,792.36 |
| 02/19/16 | 20 | Ronald Wild | SETTLEMENT AGREEMENT | 1249-000 | $15,000.00 | | $96,792.36 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.94 | $96,681.42 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $97,361.06 | $679.64 |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 14-04305 | |
| Case Name: | RONALD SHELDON WILD | |
| Taxpayer ID No | XX-XXX1611 | |
| For Period Ending: | 11/18/2016 | |

| | | |
|---|---|---|
| Trustee Name: | Frances Gecker | |
| Bank Name: | Associated Bank | |
| Account Number/CD#: | XXXXXX2002 | |
| | Checking | |
| Blanket Bond (per case limit): | $5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.73 | $96,537.69 |
| 04/11/16 | 5002 | CHICAGO TITLE COMPANY, LLC 505 E. NORTH AVE. CAROL STREAM, IL  60188 | Title Search | 2420-000 | | $140.00 | $96,397.69 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $138.82 | $96,258.87 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.10 | $96,115.77 |
| 06/13/16 | 20 | Law Office of William J. Factor Ltd. Iolta Account 1363 Shermer Rd., Suite 224 Northbrook, IL  60062 | SETTLEMENT AGREEMENT | 1249-000 | $96,301.00 | | $192,416.77 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.40 | $192,195.37 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $285.73 | $191,909.64 |
| 08/26/16 | 5003 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD, IL  62794-9053 | IL. DEPT. OF REV. TAX PAYMENT 2015 FEIN: 38-7071611 | 2820-000 | | $672.00 | $191,237.64 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $285.23 | $190,952.41 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $274.75 | $190,677.66 |

| | | |
|---|---|---|
| COLUMN TOTALS | $193,662.06 | $2,984.40 |
| Less: Bank Transfers/CD's | $47,361.06 | $68.14 |
| Subtotal | $146,301.00 | $2,916.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $96,301.00  $2,304.76

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $146,301.00 | $2,916.26 |

Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-04305 | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | RONALD SHELDON WILD | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7666 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1611 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/18/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/02/14 | 23 | LINDSEY R. GARNETT<br>1315 N. LINCOLN HYW, #205<br>DEKALB, IL  60115 | RENT | 1222-000 | $1,700.00 | | $1,700.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,690.00 |
| 01/21/15 | 101 | Nimrod Realty Group<br>1761 Glenview Road<br>Glenview, IL  60025 | CLOSING COSTS<br>$150.00 - Admin. cost<br>$50.00  - Declaration cost<br>Order dated 1/20/15 | 2500-000 | | $200.00 | $1,490.00 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,480.00 |
| 02/12/15 | | CHICAGO TITLE & TRUST<br>10 S. LASALLE ST.<br>CHICAGO, IL  60603 | Sale of Real Estate | | $38,832.28 | | $40,312.28 |
| | | | Gross Receipts           $160,000.00 | | | | |
| | | MARYAM RYABETS-WILD<br>4926 CONRAD ST<br>SKOKIE, IL 60077 | CLAIM NO. 3                ($37,240.00) | 4110-000 | | | |
| | | K&R FAMILY LEGAL SERVICES<br>K&R FAMILY LEGAL SERVICES, LLP<br>LAW OFFICES OF NATHAN LOLLIS, LLC<br>22 W WASHINGTON ST SUITE 1500<br>CHICAGO, IL 60602 | CLAIM NO. 5                ($15,000.00) | 4110-000 | | | |
| | | GRANT & GRANT PC | LIEN                        ($10,000.00) | 4220-000 | | | |
| | | CHICAGO REAL ESTATE RESOURCES | BROKER'S COMMISSION    ($3,000.00) | 3510-000 | | | |
| | | CHICAGO TITLE - REAL ESTATE TAXES | REAL ESTATE TAXES       ($35,000.00) | 4700-000 | | | |
| | | COOK COUNTY TREASURER - 2014 TAX | COOK COUNTY TAXES     ($3,382.70) | 2500-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $40,532.28 | $220.00 |
| --- | --- | --- | --- |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-04305 | Trustee Name: | Frances Gecker | |
| Case Name: | RONALD SHELDON WILD | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX7666 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX1611 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/18/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | COOK COUNTY TREASURER - DUPLICATE BILL FEE | DUP. BILL FEE ($6.00) | 2500-000 | | | |
| | | MGR - SERVICE FEES TO RECORD DEED AND STAMPS | SERVICE FEE TO RECORD ($756.00) | 2500-000 | | | |
| | | ASSOCIATION DUES | CONDO ASSOC. FEES ($9,387.87) | 2500-000 | | | |
| | | TITLE FEE/TRANSFER TAXES | TITLE/TRANSFER TAXES ($3,890.00) | 2500-000 | | | |
| | | Prorated Assessments and Tax Credits | PRORATED ASSESSMENTS/TAX CREDITS ($3,505.15) | 2500-000 | | | |
| | 17 | | REAL PROPERTY - 222 Main Street, Evanston $160,000.00 | 1210-000 | | | |
| 02/27/15 | | CHICAGO TITLE AND TRUST COMPANY 10 S. LASALLE STREET CHICAGO, IL 60603 | Overage Refund on Tax Lien Overpaid Tax Lien at closing | 4700-000 | | ($7,716.62) | $48,028.90 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.78 | $47,997.12 |
| 03/18/15 | 102 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | FILING FEES Fee for Motion to sell real estate free and clear of liens 363(f) 222 Main Street, #506, Evanston, IL | 2700-000 | | $176.00 | $47,821.12 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.93 | $47,750.19 |
| 04/14/15 | 103 | Dunning Milne & Palmer Appraisers 755 Church Road Elgin, IL 60123 | Appraisal for personal property | 3711-000 | | $250.00 | $47,500.19 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.61 | $47,431.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*       Page Subtotals:       $0.00       ($7,119.30)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-04305
Case Name: RONALD SHELDON WILD
Taxpayer ID No: XX-XXX1611
For Period Ending: 11/18/2016

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7666
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.52 | $47,361.06 |
| 07/08/15 | | Transfer from Acct # xxxxxx2002 | Transfer of Funds | 9999-000 | $68.14 | | $47,429.20 |
| 07/08/15 | | Transfer to Acct # xxxxxx2002 | Transfer of Funds | 9999-000 | | $47,361.06 | $68.14 |
| 07/08/15 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $68.14 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $40,600.42 | $40,600.42 |
| Less: Bank Transfers/CD's | $68.14 | $47,361.06 |
| Subtotal | $40,532.28 | ($6,760.64) |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,532.28 | ($6,760.64) |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*        Page Subtotals:    $68.14    $47,499.72

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2002 - Checking | $146,301.00 | $2,916.26 | $190,677.66 |
| XXXXXX7666 - Checking | $40,532.28 | ($6,760.64) | $0.00 |
| | $186,833.28 | ($3,844.38) | $190,677.66 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $121,167.72 |
| Total Net Deposits: | $186,833.28 |
| Total Gross Receipts: | $308,001.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-04305-PSH  
Debtor Name: RONALD SHELDON WILD  
Claims Bar Date: 1/2/2015  
Date: November 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | First and Final Fees | $0.00 | $4,987.10 | $4,987.10 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | First and Final Expenses | $0.00 | $30.56 | $30.56 |
| 100 3510 | At World Properties, LLC 1586 N. Clybourn Chicago, IL 60642 | Administrative | | $0.00 | $5,000.00 | $5,000.00 |
| 100 3510 | CHICAGO REAL ESTATE RESOURCES | Administrative | | $0.00 | $3,000.00 | $3,000.00 |
| 100 2420 | CHICAGO TITLE COMPANY, LLC 505 E. NORTH AVE. CAROL STREAM, IL 60188 | Administrative | Title search for 2400 N. Lakeview Ave., #2804 - Debtor's Unscheduled Condo. | $0.00 | $140.00 | $140.00 |
| 100 2700 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | Administrative | 222 Main Street, #506, Evanston, IL - Filing Fee | $0.00 | $176.00 | $176.00 |
| 100 3711 | Dunning Milne & Palmer Appraisers 755 Church Road Elgin, IL 60123 | Administrative | | $0.00 | $250.00 | $250.00 |
| 100 3110 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Administrative | First and Final Fees | $0.00 | $103,382.50 | $103,382.50 |
| 100 3120 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Administrative | First and Final Expenses | $0.00 | $469.12 | $469.12 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-04305-PSH  
Debtor Name: RONALD SHELDON WILD  
Claims Bar Date: 1/2/2015

Date: November 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Administrative | | $0.00 | $18,650.05 | $18,650.05 |
| 7 100 5600 | TIMOTHY G. TASCH | Priority | | $0.00 | $1,500.00 | $1,500.00 |
| 400 4220 | GRANT & GRANT PC | Secured | | $0.00 | $10,000.00 | $10,000.00 |
| 3 400 4110 | MARYAM RYABETS-WILD<br>4926 CONRAD ST<br>SKOKIE, IL 60077 | Secured | | $0.00 | $37,240.00 | $37,240.00 |
| 5 400 4110 | K&R FAMILY LEGAL SERVICES<br>K&R FAMILY LEGAL SERVICES, LLP<br>LAW OFFICES OF NATHAN LOLLIS, LLC<br>22 W WASHINGTON ST SUITE 1500<br>CHICAGO, IL 60602 | Secured | Secured Claim total of $28,515.75; $15,000.00 (Secured Portion) paid pursuant to Sale Order dated 1/20/15 Dkt. #88 | $0.00 | $15,000.00 | $15,000.00 |
| 1 200 7100 | AVERY CAMERLINGO KILL, LLC<br>C/O MICHAEL P. KELLEHER<br>739 S. WESTERN AVENUE<br>CHICAGO, IL 60612 | Unsecured | | $0.00 | $46,945.91 | $46,945.91 |
| 2 200 7100 | CAPITAL ONE BANK (USA) N.A.<br>CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $428.66 | $428.66 |
| 4 200 7100 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Unsecured | | $0.00 | $666.95 | $666.95 |

Page 2　　　　　Printed: November 18, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 13)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-04305-PSH  
Debtor Name: RONALD SHELDON WILD  
Claims Bar Date: 1/2/2015

Date: November 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 5U 200 7100 | K&R FAMILY LEGAL SERVICES<br>K&R FAMILY LEGAL SERVICES, LLP<br>LAW OFFICES OF NATHAN LOLLIS, LLC<br>22 W WASHINGTON ST SUITE 1500<br>CHICAGO, IL 60602 | Unsecured | Secured Claim total of $28,515.75; $15,000.00 (Secured Portion) paid pursuant to Sale Order dated 1/20/15 Dkt. #88 | $0.00 | $13,515.75 | $13,515.75 |
| 6 200 7100 | MICHAEL P WHELAN<br>1300 DEEP RUN ROAD<br>NAPERVILLE, IL 60540 | Unsecured | WITHDRAWN. | $0.00 | $28,699.00 | $0.00 |
| 8 200 7100 | ESTATE OF RHEA WERNER<br>C/O LESLIE NANBERG, INDEPENDENT ADMIN. OF PROB. ESTATE<br>OF RHEA WERNER<br>35 MARLBOROUGH ST., APT. 4<br>BOSTON, MA 02116-2163 | Unsecured | | $0.00 | $55,000.00 | $55,000.00 |
| | Case Totals | | | $0.00 | $345,081.60 | $316,382.60 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-04305
Case Name: RONALD SHELDON WILD
Trustee Name: Frances Gecker

Balance on hand $ 190,677.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|   | GRANT & GRANT PC | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| 3 | MARYAM RYABETS-WILD | $ 37,240.00 | $ 37,240.00 | $ 37,240.00 | $ 0.00 |
| 5 | K&R FAMILY LEGAL SERVICES | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 190,677.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 18,650.05 | $ 0.00 | $ 18,650.05 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 103,382.50 | $ 0.00 | $ 103,382.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 469.12 | $ 0.00 | $ 469.12 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 4,987.10 | $ 0.00 | $ 4,987.10 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 30.56 | $ 0.00 | $ 30.56 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ 176.00 | $ 176.00 | $ 0.00 |
| Other: At World Properties, LLC | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Other: CHICAGO REAL ESTATE RESOURCES | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| Other: CHICAGO TITLE COMPANY, LLC | $ 140.00 | $ 140.00 | $ 0.00 |
| Other: Dunning Milne & Palmer Appraisers | $ 250.00 | $ 250.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     132,519.33

Remaining Balance     $     58,158.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | TIMOTHY G. TASCH | $ 1,500.00 | $ 0.00 | $ 1,500.00 |

Total to be paid to priority creditors     $     1,500.00

Remaining Balance     $     56,658.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 116,557.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 48.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AVERY CAMERLINGO KILL, LLC | $ 46,945.91 | $ 0.00 | $ 22,820.34 |
| 2 | CAPITAL ONE BANK (USA) N. A. | $ 428.66 | $ 0.00 | $ 208.37 |
| 4 | MERRICK BANK | $ 666.95 | $ 0.00 | $ 324.20 |
| 5U | K&R FAMILY LEGAL SERVICES | $ 13,515.75 | $ 0.00 | $ 6,569.99 |
| 6 | MICHAEL P WHELAN | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | ESTATE OF RHEA WERNER | $ 55,000.00 | $ 0.00 | $ 26,735.43 |

Total to be paid to timely general unsecured creditors     $     56,658.33

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE