IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 14-04305 |
| | ) | |
| RONALD SHELDON WILD, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |

### CERTIFICATE OF NOTICE

I, Christina Smith, declare under the penalty of perjury that I have sent the attached AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) to the parties listed in the manner shown and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

_____
Christina Smith

SWORN TO AND SUBSCRIBED TO
Before me this 22nd day of November, 2016.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MICHAEL H. MATLOCK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 08-22-2017

## Mailing Information for Case 14-04305

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael N Burke    bk_il_notice@fisherandshapirolaw.com
- Scott R Clar    sclar@craneheyman.com, mjoberhausen@craneheyman.com;asimon@craneheyman.com
- Bruce Dopke    bruce@dopkelaw.com

{WILDRON/001/00048150.DOCX/}

- William J Factor    wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
- Ariane Holtschlag    aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- Michael P Kelleher    mkelleherlaw@gmail.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Nathan Lollis    nathan@lollis-law.com
- Zane L Zielinski    zzielinski@wfactorlaw.com, fax@zanezielinski.com

## Manual Notice List – U.S. MAIL

Avery Camerlingo Kill, LLC
c/o Michael P. Kelleher
739 S. Western Avenue
Chicago, IL 60612

Maryam Ryabets-Wild
4926 Conrad St
Skokie, IL 60077

K&R Family Legal Services, LLP
Law Offices of Nathan Lollis, LLC
22 W Washington St Suite 1500
Chicago, IL 60602

Timothy G. Tasch
Two Elmcreek Drive, Apt. 316
Elmhurst, IL 60126

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Michael P Whelan
1300 Deep Run Road
Naperville, IL 60540

The Estate of Rhea Werner
c/o Leslie Nanberg, Independent
Administrator of the Probate
Estate of Rhea Werner
35 Marlborough St., Apt. 4
Boston, MA 02116-2163

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: §
§
RONALD SHELDON WILD § Case No. 14-04305
§
Debtor §

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/15/2016 in Courtroom 644 (Judge Pamela S. Hollis),
EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/22/2016              By: /s/  Frances Gecker
                                             Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
RONALD SHELDON WILD § Case No. 14-04305
§
Debtor §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| The Final Report shows receipts of | $ 308,001.00 |
| and approved disbursements of | $ 117,323.34 |
| leaving a balance on hand of[1] | $ 190,677.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | GRANT & GRANT PC | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| 3 | MARYAM RYABETS-WILD | $ 37,240.00 | $ 37,240.00 | $ 37,240.00 | $ 0.00 |
| 5 | K&R FAMILY LEGAL SERVICES | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 190,677.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 18,650.05 | $ 0.00 | $ 18,650.05 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 103,382.50 | $ 0.00 | $ 103,382.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 469.12 | $ 0.00 | $ 469.12 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 4,987.10 | $ 0.00 | $ 4,987.10 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 30.56 | $ 0.00 | $ 30.56 |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ 176.00 | $ 176.00 | $ 0.00 |
| Other: At World Properties, LLC | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Other: CHICAGO REAL ESTATE RESOURCES | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| Other: CHICAGO TITLE COMPANY, LLC | $ 140.00 | $ 140.00 | $ 0.00 |
| Other: Dunning Milne & Palmer Appraisers | $ 250.00 | $ 250.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     132,519.33

Remaining Balance     $     58,158.33

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | TIMOTHY G. TASCH | $ 1,500.00 | $ 0.00 | $ 1,500.00 |

Total to be paid to priority creditors     $     1,500.00

Remaining Balance     $     56,658.33

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 116,557.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AVERY CAMERLINGO KILL, LLC | $ 46,945.91 | $ 0.00 | $ 22,820.34 |
| 2 | CAPITAL ONE BANK (USA) N. A. | $ 428.66 | $ 0.00 | $ 208.37 |
| 4 | MERRICK BANK | $ 666.95 | $ 0.00 | $ 324.20 |
| 5U | K&R FAMILY LEGAL SERVICES | $ 13,515.75 | $ 0.00 | $ 6,569.99 |
| 6 | MICHAEL P WHELAN | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | ESTATE OF RHEA WERNER | $ 55,000.00 | $ 0.00 | $ 26,735.43 |
| | Total to be paid to timely general unsecured creditors | | | $ 56,658.33 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.