UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Pamela S. Hollis
Date: December 15, 2016
Bankruptcy Case No.: 14-04305
Adversary No.:
Title of Case: Ronald Sheldon Wild

Brief Statement of Motion: Hearing on Trustee's Final Report

Names and Addresses of moving counsel: Micah R Krohn

Representing: Frances Gecker, solely as Ch. 7 Trustee of Ronald S. Wild

## ORDER

IT IS HEREBY ORDERED THAT:

1. Debtor shall file objection, if any, to claim of Rhea Werner estate on or before Jan 19, 2017, to be heard on 2/2/17 at 10:30.
2. Hearing on Trustee's Final Report continued to Feb. 2, 2017 at 10:30