UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RONALD SHELDON WILD | § | Case No. 14-04305 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the
Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 547,530.00                    Assets Exempt: 20,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  147,681.76        Claims Discharged
                                                     Without Payment:  2,112,439.12

Total Expenses of Administration:  160,319.24

3) Total gross receipts of $ 308,005.43  (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 4.43  (see **Exhibit 2**), yielded net receipts of $ 308,001.00  from the
liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 700,000.00 | $ 89,523.38 | $ 89,523.38 | $ 89,523.38 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 160,319.24 | 160,319.24 | 160,319.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,448,691.64 | 145,256.27 | 116,557.27 | 56,658.38 |
| **TOTAL DISBURSEMENTS** | $ 2,148,691.64 | $ 396,598.89 | $ 367,899.89 | $ 308,001.00 |

4) This case was originally filed under chapter 7 on 02/12/2014 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/28/2017 _____    By:/s/Frances Gecker _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 222 Main Street, Evanston | 1210-000 | 160,000.00 |
| RENT - LINDSEY R. GARNETT | 1222-000 | 1,700.00 |
| Tax refund - Illinois Dept. of Rev. 2015 | 1224-000 | 4.43 |
| SETTLEMENT AGREEMENT WITH DEBTOR | 1249-000 | 146,301.00 |
| TOTAL GROSS RECEIPTS | | $308,005.43 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CLERK OF THE U. S. BANKRUPTCY COURT | Non-Estate Funds Paid to Third Parties | 8500-002 | 4.43 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 4.43 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Industrial Subsidies, Inc. c/o Lauren Evans Dejong 422 N. Northwest Highway #150 Park Ridge, IL 60068 | | 700,000.00 | NA | NA | 0.00 |
| 5 | K&R FAMILY LEGAL SERVICES | 4110-000 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| 3 | MARYAM RYABETS-WILD | 4110-000 | NA | 37,240.00 | 37,240.00 | 37,240.00 |
| | GRANT & GRANT PC | 4220-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| | CHICAGO TITLE - REAL ESTATE TAXES | 4700-000 | NA | 35,000.00 | 35,000.00 | 35,000.00 |
| | CHICAGO TITLE AND TRUST COMPANY | 4700-000 | NA | -7,716.62 | -7,716.62 | -7,716.62 |
| TOTAL SECURED CLAIMS | | | $ 700,000.00 | $ 89,523.38 | $ 89,523.38 | $ 89,523.38 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 18,650.00 | 18,650.00 | 18,650.00 |
| ADAMS-LEVINE | 2300-000 | NA | 30.82 | 30.82 | 30.82 |
| CHICAGO TITLE COMPANY, LLC | 2420-000 | NA | 140.00 | 140.00 | 140.00 |
| ASSOCIATION DUES | 2500-000 | NA | 9,387.87 | 9,387.87 | 9,387.87 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COOK COUNTY TREASURER - 2014 TAX | 2500-000 | NA | 3,382.70 | 3,382.70 | 3,382.70 |
| COOK COUNTY TREASURER - DUPLICATE BILL FEE | 2500-000 | NA | 6.00 | 6.00 | 6.00 |
| MGR - SERVICE FEES TO RECORD DEED AND STAMPS | 2500-000 | NA | 756.00 | 756.00 | 756.00 |
| Nimrod Realty Group | 2500-000 | NA | 200.00 | 200.00 | 200.00 |
| Prorated Assessments and Tax Credits | 2500-000 | NA | 3,505.15 | 3,505.15 | 3,505.15 |
| TITLE FEE/TRANSFER TAXES | 2500-000 | NA | 3,890.00 | 3,890.00 | 3,890.00 |
| Associated Bank | 2600-000 | NA | 2,073.44 | 2,073.44 | 2,073.44 |
| The Bank of New York Mellon | 2600-000 | NA | 329.98 | 329.98 | 329.98 |
| CLERK OF THE U. S. BANKRUPTCY COURT | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 672.00 | 672.00 | 672.00 |
| FRANKGECKER LLP | 3110-000 | NA | 103,382.50 | 103,382.50 | 103,382.50 |
| FRANKGECKER LLP | 3120-000 | NA | 469.12 | 469.12 | 469.12 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 4,987.10 | 4,987.10 | 4,987.10 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 30.56 | 30.56 | 30.56 |
| At World Properties, LLC | 3510-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| CHICAGO REAL ESTATE RESOURCES | 3510-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| Dunning Milne & Palmer Appraisers | 3711-000 | NA | 250.00 | 250.00 | 250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 160,319.24 | $ 160,319.24 | $ 160,319.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | TIMOTHY G. TASCH | 5600-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advantage Group PO Box 1180 Micki Maze Grand Junction, CO 81502 | | 1,330.45 | NA | NA | 0.00 |
| | Baruch Wild Revocable Trust c/o Blair Christiansen 16809 Blenheim Way Minnetonka, MN 55345 | | 725,000.00 | NA | NA | 0.00 |
| | Burton F Grant 30 N LaSalle Street Suite 1728 Chicago, IL 60602 | | 13,384.00 | NA | NA | 0.00 |
| | Cavalry SPV I LLC c/o Scott Keith Schindler 1900 E. Algonquin #180 Schaumburg, IL 60173 | | 1,356.02 | NA | NA | 0.00 |
| | Dr. David R Edelstein 30 N Michigan Suite 501 Chicago, IL 60602 | | 7,000.00 | NA | NA | 0.00 |
| | Dykema 10 South Wacker Dr. Suite 2300 Chicago, IL 60606 | | 250,000.00 | NA | NA | 0.00 |
| | Evan Alden Estate 4200 W. Peterson #140 Chicago, IL 60646 | | 6,833.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Evans Loewenstein Shimanovsky & Mos 130 S. Jefferson St., Ste. 350 Chicago, IL 60661 | | 1,200.00 | NA | NA | 0.00 |
| | Hartford Fire Insurance c/o Sanchez & Daniels 333 W Wacker #500 Chicago, IL 60606 | | 151,609.00 | NA | NA | 0.00 |
| | Illinois REcycling, Inc. c/o CT Corporation System 208 S. LaSalle St., ste. 814 Chicago, IL 60604 | | 56,928.00 | NA | NA | 0.00 |
| | John Peele 927 S. Seventh Street Kansas City, KS 66105 | | 11,000.00 | NA | NA | 0.00 |
| | Lee Lumber & Building Material Corp c/o Randy Baumgarten, REg. Agent 3250 N Kedzie Ave. Chicago, IL 60618 | | 11,498.87 | NA | NA | 0.00 |
| | Linda Lillie 2851 S. King Drive Chicago, IL 60616 | | 45,000.00 | NA | NA | 0.00 |
| | Mike Spingola 3814 N. Kenmore Chicago, IL 60613 | | 65,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwestern Medical Faculty Founda 250 E. Pearson St. Chicago, IL 60611 | | 1,900.00 | NA | NA | 0.00 |
| | Northwestern Memorial Hospital 251 E. Huron Chicago, IL 60611 | | 1,500.00 | NA | NA | 0.00 |
| | Susan Wolfson 250 W. Pearson St. Chicago, IL 60611 | | 2,000.00 | NA | NA | 0.00 |
| 1 | AVERY CAMERLINGO KILL, LLC | 7100-000 | 47,000.00 | 46,945.91 | 46,945.91 | 22,820.36 |
| 2 | CAPITAL ONE BANK (USA) N. A. | 7100-000 | 428.66 | 428.66 | 428.66 | 208.37 |
| 8 | ESTATE OF RHEA WERNER | 7100-000 | NA | 55,000.00 | 55,000.00 | 26,735.46 |
| 5U | K&R FAMILY LEGAL SERVICES | 7100-000 | 25,122.75 | 13,515.75 | 13,515.75 | 6,569.99 |
| 4 | MERRICK BANK | 7100-000 | 600.00 | 666.95 | 666.95 | 324.20 |
| 6 | MICHAEL P WHELAN | 7100-000 | 23,000.00 | 28,699.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,448,691.64 | $ 145,256.27 | $ 116,557.27 | $ 56,658.38 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-04305 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|---|

Case Name:   RONALD SHELDON WILD

Date Filed (f) or Converted (c):   02/12/2014 (f)

341(a) Meeting Date:   03/14/2014

For Period Ending:   03/28/2017

Claims Bar Date:   01/02/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  REAL PROPERTY - 2400 N. Lakeview, #2803, Chicago, IL | 400,000.00 | 0.00 | OA | 0.00 | FA |
| 2.  Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 3.  Checking Account Into Which Social Security Benefits Are Aut | 500.00 | 0.00 | | 0.00 | FA |
| 4.  Jp Morgan Chase Ban, Na Po Box 659754, San Antonio, Tx 78265 | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Chairs And Misc. Items; Kitchen Utensiles, Linens | 100.00 | 100.00 | | 0.00 | FA |
| 6.  Photograph; 30-40 Books; Mexican Tiger Mask; Broken Pre-Colu | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7.  Lewis Hine Photograph "Mechanic In Car Shop" 1920  Appraisal dated 7/29/14 at $500.00. | 9,000.00 | 500.00 | | 0.00 | FA |
| 8.  Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9.  REAL PROPERTY HELD IN TRUST- 16809 Blenheim Way, Minnetonka, | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. REAL PROPERTY HELD IN TRUST - 422 N. NW Hwy, Park Ridge, IL | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Beneficiary Of Ronald S. Wild Revocable Trust C/O Michael Wh | 0.00 | 0.00 | | 0.00 | FA |
| 12. Potential Legal Malpratice Claims Against 1) Avery Camerling | Unknown | Unknown | | 0.00 | FA |
| 13. 1994 Bmw 735 - Not Running; About $160,000 Miles | 500.00 | 0.00 | | 0.00 | FA |
| 14. 1991 Lexus Model 400; In Need Of About $2-3,000 Repair | 500.00 | 0.00 | | 0.00 | FA |
| 15. F. Dritikol Nude 1925 In Possession Of Pepi Camarlingo, 218 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 16. Steinway baby grand piano (u)  Appraisal dated 7/29/14 at $5,000.00. | 12,000.00 | 5,000.00 | | 0.00 | FA |
| 17. REAL PROPERTY - 222 Main Street, Evanston (u)  222 Main Street, Suite 506, Evanston, IL  60602 | 0.00 | 0.00 | | 160,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-04305 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|---|
| Case Name: | RONALD SHELDON WILD | | | | | Date Filed (f) or Converted (c): | 02/12/2014 (f) |
| | | | | | | 341(a) Meeting Date: | 03/14/2014 |
| For Period Ending: | 03/28/2017 | | | | | Claims Bar Date: | 01/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18.  OTHER CONTINGENT CLAIMS (u)<br><br>Common Law Claim against the Estate of Rhea Werner, Circuit Court of Cook County Case No. 14 P 3140 | 135,780.00 | 135,780.00 | OA | 0.00 | FA |
| 19.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 20.  SETTLEMENT AGREEMENT WITH DEBTOR (u) | 0.00 | 146,301.00 | | 146,301.00 | FA |
| 21.  POTENTIAL MALPRACTICE ACTION AGAINST KORI BAZANOS/LAW FIRM (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22.  POTENTIAL MALPRACTICE ACTION AGAINST KATHRYN SOMERS/LAW FIRM (u) | 0.00 | 0.00 | | 0.00 | FA |
| 23.  RENT - LINDSEY R. GARNETT (u) | 0.00 | 1,700.00 | | 1,700.00 | FA |
| 24.  Tax refund - Illinois Dept. of Rev. 2015 (u) | 0.00 | 4.43 | | 4.43 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $568,030.00 | $298,385.43 | | $308,005.43 | $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS WAITING FOR ALL CHECKS TO CLEAR SO THAT SHE CAN FILE A TDR.

Initial Projected Date of Final Report (TFR): 06/15/2015       Current Projected Date of Final Report (TFR): 11/22/2016

Case 14-04305   Doc 182   Filed 04/10/17   Entered 04/10/17 14:32:35   Desc Main
FORM 2
Document    Page 12 of 19

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-04305

Case Name: RONALD SHELDON WILD

Trustee Name: Frances Gecker

Bank Name: Associated Bank

Account Number/CD#: XXXXXX2002

Checking

Exhibit 9

Taxpayer ID No: XX-XXX1611

For Period Ending: 03/28/2017

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7666 | Transfer of Funds | 9999-000 | $47,361.06 | | $47,361.06 |
| 07/08/15 | | Transfer to Acct # xxxxxx7666 | Transfer of Funds | 9999-000 | | $68.14 | $47,292.92 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.42 | $47,238.50 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.23 | $47,168.27 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.87 | $47,100.40 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.02 | $47,030.38 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.66 | $46,962.72 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.82 | $46,892.90 |
| 02/05/16 | 20 | Ronald Wild | SETTLEMENT AGREEMENT | 1249-000 | $23,000.00 | | $69,892.90 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.72 | $69,823.18 |
| 02/12/16 | 20 | Ronald Wild | SETTLEMENT AGREEMENT | 1249-000 | $12,000.00 | | $81,823.18 |
| 02/15/16 | 5001 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $30.82 | $81,792.36 |
| 02/19/16 | 20 | Ronald Wild | SETTLEMENT AGREEMENT | 1249-000 | $15,000.00 | | $96,792.36 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $110.94 | $96,681.42 |

Page Subtotals: $97,361.06 $679.64

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-04305 | Trustee Name: | Frances Gecker |
| Case Name: RONALD SHELDON WILD | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2002 |
| | | Checking |
| Taxpayer ID No: XX-XXX1611 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 03/28/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.73 | $96,537.69 |
| 04/11/16 | 5002 | CHICAGO TITLE COMPANY, LLC 505 E. NORTH AVE. CAROL STREAM, IL 60188 | Title Search | 2420-000 | | $140.00 | $96,397.69 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $138.82 | $96,258.87 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.10 | $96,115.77 |
| 06/13/16 | 20 | Law Office of William J. Factor Ltd. Iolta Account 1363 Shermer Rd., Suite 224 Northbrook, IL 60062 | SETTLEMENT AGREEMENT | 1249-000 | $96,301.00 | | $192,416.77 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.40 | $192,195.37 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $285.73 | $191,909.64 |
| 08/26/16 | 5003 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19053 SPRINGFIELD, IL 62794-9053 | IL. DEPT. OF REV. TAX PAYMENT 2015 FEIN: 38-7071611 | 2820-000 | | $672.00 | $191,237.64 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $285.23 | $190,952.41 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $274.75 | $190,677.66 |
| 12/19/16 | 5004 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. Reversal System added 5 cents onto Trustee's comp. Cancelled check and rewrote for amount on Order - $18,650.00. | 2100-000 | | ($18,650.05) | $209,327.71 |
| | | | Page Subtotals: | | $96,301.00 | ($16,345.29) | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  14-04305

Case Name:  RONALD SHELDON WILD

Taxpayer ID No:  XX-XXX1611

For Period Ending:  03/28/2017

Trustee Name:  Frances Gecker

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX2002

Checking

Blanket Bond (per case limit):  $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/16 | 5004 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $18,650.05 | $190,677.66 |
| 12/19/16 | 5005 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Distribution | | | $103,851.62 | $86,826.04 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($103,382.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($469.12) | 3120-000 | | | |
| 12/19/16 | 5006 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Distribution | | | $5,017.66 | $81,808.38 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($4,987.10) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($30.56) | 3420-000 | | | |
| 12/19/16 | 5007 | At World Properties, LLC 1586 N. Clybourn Chicago, IL 60642 | Final distribution representing a payment of 100.00 % per court order. | 3510-000 | | $5,000.00 | $76,808.38 |
| 12/19/16 | 5008 | Gecker, Frances 325 N. LaSalle Street Chicago, IL 60654 | Final distribution representing trustee's compensation | 2100-000 | | $18,650.00 | $58,158.38 |
| 02/03/17 | 5009 | TIMOTHY G. TASCH | Final distribution to claim 7 representing a payment of 100.00 % per court order. | 5600-000 | | $1,500.00 | $56,658.38 |
| 02/03/17 | 5010 | AVERY CAMERLINGO KILL, LLC C/O MICHAEL P. KELLEHER 739 S. WESTERN AVENUE CHICAGO, IL 60612 | Final distribution to claim 1 representing a payment of 48.61 % per court order. | 7100-000 | | $22,820.36 | $33,838.02 |

Page Subtotals:                              $0.00        $175,489.69

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-04305 | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | RONALD SHELDON WILD | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX2002 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1611 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/28/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/17 | 5011 | CAPITAL ONE BANK (USA) N. A. CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 48.61 % per court order. | 7100-000 | | $208.37 | $33,629.65 |
| 02/03/17 | 5012 | MERRICK BANK RESURGENT CAPITAL SERVICES PO BOX 10368 GREENVILLE, SC 29603-0368 | Final distribution to claim 4 representing a payment of 48.61 % per court order. | 7100-000 | | $324.20 | $33,305.45 |
| 02/03/17 | 5013 | K&R FAMILY LEGAL SERVICES K&R FAMILY LEGAL SERVICES, LLP LAW OFFICES OF NATHAN LOLLIS, LLC 22 W WASHINGTON ST SUITE 1500 CHICAGO, IL 60602 | Final distribution to claim 5 representing a payment of 48.61 % per court order. | 7100-000 | | $6,569.99 | $26,735.46 |
| 02/03/17 | 5014 | ESTATE OF RHEA WERNER C/O LESLIE NANBERG, INDEPENDENT ADMIN. OF PROB. ESTATE OF RHEA WERNER 35 MARLBOROUGH ST., APT. 4 BOSTON, MA 02116-2163 | Final distribution to claim 8 representing a payment of 48.61 % per court order. | 7100-000 | | $26,735.46 | $0.00 |
| 02/16/17 | 24 | Illinois Dept. of Revenue State of Illinois | TAX REFUND - 2015 | 1224-000 | $4.43 | | $4.43 |
| 03/01/17 | 5015 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS  60604 | Unclaimed Funds turned over to the Court | 8500-002 | | $4.43 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $193,666.49 | $193,666.49 |
| Less: Bank Transfers/CD's | $47,361.06 | $68.14 |
| Subtotal | $146,305.43 | $193,598.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $146,305.43 | $193,598.35 |
| Page Subtotals: | $4.43 | $33,842.45 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Case 14-04305   Doc 182   Filed 04/10/17   Entered 04/10/17 14:32:35   Desc Main
Document   Page 16 of 19

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-04305
Case Name: RONALD SHELDON WILD

Taxpayer ID No: XX-XXX1611
For Period Ending: 03/28/2017

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7666
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/02/14 | 23 | LINDSEY R. GARNETT<br>1315 N. LINCOLN HYW, #205<br>DEKALB, IL 60115 | RENT | | 1222-000 | $1,700.00 | | $1,700.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $1,690.00 |
| 01/21/15 | 101 | Nimrod Realty Group<br>1761 Glenview Road<br>Glenview, IL 60025 | CLOSING COSTS<br>$150.00 - Admin. cost<br>$50.00 - Declaration cost<br>Order dated 1/20/15 | | 2500-000 | | $200.00 | $1,490.00 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $1,480.00 |
| 02/12/15 | | CHICAGO TITLE & TRUST<br>10 S. LASALLE ST.<br>CHICAGO, IL 60603 | Sale of Real Estate | | | $38,832.28 | | $40,312.28 |
| | | | Gross Receipts | $160,000.00 | | | | |
| | | MARYAM RYABETS-WILD<br>4926 CONRAD ST<br>SKOKIE, IL 60077 | CLAIM NO. 3 | ($37,240.00) | 4110-000 | | | |
| | | K&R FAMILY LEGAL SERVICES<br>K&R FAMILY LEGAL SERVICES, LLP<br>LAW OFFICES OF NATHAN LOLLIS, LLC<br>22 W WASHINGTON ST SUITE 1500<br>CHICAGO, IL 60602 | CLAIM NO. 5 | ($15,000.00) | 4110-000 | | | |
| | | GRANT & GRANT PC | LIEN | ($10,000.00) | 4220-000 | | | |
| | | CHICAGO REAL ESTATE RESOURCES | BROKER'S COMMISSION | ($3,000.00) | 3510-000 | | | |
| | | CHICAGO TITLE - REAL ESTATE TAXES | REAL ESTATE TAXES | ($35,000.00) | 4700-000 | | | |
| | | COOK COUNTY TREASURER - 2014 TAX | COOK COUNTY TAXES | ($3,382.70) | 2500-000 | | | |

Page Subtotals:     $40,532.28     $220.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-04305 | Trustee Name: Frances Gecker | |
| Case Name: RONALD SHELDON WILD | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7666 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1611 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/28/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | COOK COUNTY TREASURER - DUPLICATE BILL FEE | DUP. BILL FEE ($6.00) | 2500-000 | | | |
| | | MGR - SERVICE FEES TO RECORD DEED AND STAMPS | SERVICE FEE TO RECORD ($756.00) | 2500-000 | | | |
| | | ASSOCIATION DUES | CONDO ASSOC. FEES ($9,387.87) | 2500-000 | | | |
| | | TITLE FEE/TRANSFER TAXES | TITLE/TRANSFER TAXES ($3,890.00) | 2500-000 | | | |
| | | Prorated Assessments and Tax Credits | PRORATED ASSESSMENTS/TAX CREDITS ($3,505.15) | 2500-000 | | | |
| | 17 | | REAL PROPERTY - 222 Main Street, Evanston $160,000.00 | 1210-000 | | | |
| 02/27/15 | | CHICAGO TITLE AND TRUST COMPANY 10 S. LASALLE STREET CHICAGO, IL 60603 | Overage Refund on Tax Lien Overpaid Tax Lien at closing | 4700-000 | | ($7,716.62) | $48,028.90 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.78 | $47,997.12 |
| 03/18/15 | 102 | CLERK OF THE U. S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | FILING FEES Fee for Motion to sell real estate free and clear of liens 363(f) 222 Main Street, #506, Evanston, IL | 2700-000 | | $176.00 | $47,821.12 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.93 | $47,750.19 |
| 04/14/15 | 103 | Dunning Milne & Palmer Appraisers 755 Church Road Elgin, IL 60123 | Appraisal for personal property | 3711-000 | | $250.00 | $47,500.19 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.61 | $47,431.58 |
| | | | Page Subtotals: | | $0.00 | ($7,119.30) | |

Case 14-04305   Doc 182   Filed 04/10/17   Entered 04/10/17 14:32:35   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 18 of 19

*Exhibit 9*

| | |
|---|---|
| Case No: 14-04305 | Trustee Name: Frances Gecker |
| Case Name: RONALD SHELDON WILD | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7666 |
| | Checking |
| Taxpayer ID No: XX-XXX1611 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/28/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.52 | $47,361.06 |
| 07/08/15 | | Transfer from Acct # xxxxxx2002 | Transfer of Funds | 9999-000 | $68.14 | | $47,429.20 |
| 07/08/15 | | Transfer to Acct # xxxxxx2002 | Transfer of Funds | 9999-000 | | $47,361.06 | $68.14 |
| 07/08/15 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $68.14 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $40,600.42 | $40,600.42 |
| Less: Bank Transfers/CD's | $68.14 | $47,361.06 |
| Subtotal | $40,532.28 | ($6,760.64) |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,532.28 | ($6,760.64) |

| | | |
|---|---|---|
| Page Subtotals: | $68.14 | $47,499.72 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2002 - Checking | $146,305.43 | $193,598.35 | $0.00 |
| XXXXXX7666 - Checking | $40,532.28 | ($6,760.64) | $0.00 |
| | $186,837.71 | $186,837.71 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $121,167.72 |
| Total Net Deposits: | $186,837.71 |
| Total Gross Receipts: | $308,005.43 |

Page Subtotals:                                    $0.00          $0.00